## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| **ANTHONY ELLIOTT,** )<br>)<br>　　　**PLAINTIFF,** )<br>)<br>v. )<br>)<br>**LVNV FUNDING, LLC,** )<br>)<br>　　　**DEFENDANT.** ) | **Case No. 3:16-cv-00675-RGJ**<br>*Electronically Filed* |

### CERTIFICATION OF SETTLEMENT CREDITS AND PAYMENTS BY DEFENDANT

Defendant LVNV Funding, LLC ("**LVNV**"), by counsel, pursuant to the Court's Order dated July 28, 2020 (Dkt. 42) and the Class Action Settlement Agreement and Release (Dkt. 30-1; the "**Agreement**"), hereby submits the following certification:

The Affiant, Wesley Boyd, first being duly sworn, states as follows:

1.　My name is Wesley Boyd. I am employed by Resurgent Capital Services, LP ("**Resurgent**") as Senior Corporate Counsel and was so employed for all relevant times during the administration of LVNV's obligations under the Agreement. As a Resurgent employee, I am an authorized representative of Defendant LVNV. I am over the age of eighteen and I am authorized to make this Affidavit on behalf of LVNV.

2.　Pursuant to Section 1(D)[c] of the Agreement, I certify that, as of September 28, 2020, all of the credits and payments required to be made by LVNV to the Class Members under the Agreement have been accomplished.

　Further, Affiant sayeth naught.

[SIGNATURE ON FOLLOWING PAGE]

_____
Wesley Boyd

STATE OF SOUTH CAROLINA )
                        )
COUNTY OF GREENVILLE    )

The foregoing instrument was sworn to and acknowledged before me this 6th day of October, 2020 by Wesley Boyd.

June Choi-Bell
NOTARY PUBLIC

My commission expires: 1-16-23



2

Respectfully submitted,

/s/ *Jordan M. White*
Gregory S. Berman
Jordan M. White
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202

*Counsel for Defendant LVNV*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that such filing will result in electronic service on all counsel of record.

/s/ *Jordan M. White*
Jordan M. White