## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| **ANTHONY ELLIOTT,** | ) |
| PLAINTIFF, | ) ) ) |
| v. | )  **Case No. 3:16-cv-00675-RGJ** |
| **LVNV FUNDING, LLC,** | ) ) ) |
| DEFENDANT. | ) |

## AGREED ORDER OF DISMISSAL

Plaintiff Anthony Elliott, on behalf of himself and all class members, and Defendant LVNV Funding, LLC, by counsel, having submitted their Stipulation of Dismissal, and the Court being duly advised now finds that the same should be granted.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiff's and all class members' causes of action and claims against Defendant are hereby DISMISSED, with prejudice.